FILED

2019 OCT 22 A 11: 47

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:19MJ 453 |
| | ) | |
| JASON E. JONES, | ) | |
| | ) | Court Date: November 4, 2019 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(Misdemeanor 7870243)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 5, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JASON E. JONES, did unlawfully, knowingly, and intentionally possess a mixture and substance which contains a detectable amount of marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844(a).)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: /s/ Andy Brunner-Brown

Andy Brunner-Brown
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: andy.brunner-brown@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2019, a true and correct copy of the Criminal Information was mailed to the defendant at:

Jason E Jones
11216 Lancaster Drive
Disputanta, Virginia 23842

By: *(signature)*

Andy Brunner-Brown
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: andy.brunner-brown@usdoj.gov